**Order filed August 6, 2015**



In The

# Fourteenth Court of Appeals

_____

NO. 14-15-00436-CV
_____

**IRMA MEDRANO AND JUAN ROMERO, Appellants**

**V.**

**STRESSFREE PROPERTY SOLUTIONS & THOMAS BARKER, Appellees**

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1061296**

## O R D E R

The notice of appeal in this case was filed May 11, 2015. The clerk's record was filed July 24, 2015. To date, the filing fee of $195.00 has not been paid. No evidence that appellants have established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellants are ordered to pay the filing fee in the amount of $195.00 to the clerk of this court on or before **August 21, 2015.** *See* Tex. R. App. P. 5. If

appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM